UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br> *ex rel.* BERNARD LISITZA, <br><br> Plaintiffs, <br><br> v. <br><br> TAP PHARMACEUTICAL PRODUCTS, <br> INC. and OMNICARE, INC., <br><br> Defendants. | Civil Action No. 07-10026-RGS |

## ORDER OF DISMISSAL AS TO OMNICARE, INC.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States, Omnicare, Inc. ("Omnicare"), and relator Bernard Lisitza filed a Stipulation of Dismissal as to claims against Omnicare, Inc. Upon due consideration of the Stipulation and the other papers on file in this action,

IT IS HEREBY ORDERED that:

1.  Consistent with the terms of the Settlement Agreement executed by the United States, Omnicare, and the relator (the "Settlement Agreement"), all claims asserted on behalf of the United States against Omnicare in this action for the Covered Conduct as defined in Preamble Paragraph I(4) of the Settlement Agreement shall be dismissed with prejudice, and all remaining claims asserted against Omnicare in this action, except the request for attorneys' fees and costs pursuant to 31 U.S.C. § 3730(d), shall be dismissed with prejudice to the relator and without prejudice to the United States.

2. No claim or allegation (including any claim or allegation against a defendant other than Omnicare) other than those specifically identified in the Stipulation and herein shall be dismissed at this time.

Done this 12th day of November, 2009.

/s/ Richard G. Stearns
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE